UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| VALLEY MEAT COMPANY, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TOM VILSACK, Secretary of ) <br> Agriculture, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | No. 2:12-cv-01083-JCH-CG <br><br> DEFENDANTS' UNOPPOSED <br> MOTION FOR A STAY OF <br> PROCEEDINGS AND POINTS AND <br> AUTHORITIES IN SUPPORT <br> THEREOF |

Defendants, the Secretary of Agriculture and the Administrator of the Food Safety and Inspection Service, hereby move for an order staying all proceedings in this action pending the adjudication of *Front Range Equine Rescue v. Vilsack (FRER)*, No. 1:13-cv-00639-MCA-RHS (D.N.M.). Counsel for plaintiff, Valley Meat Company, LLC, advises that he does not oppose the stay of proceedings defendants hereby seek.

Plaintiff seeks an order in this action directing defendants to grant the application of plaintiff for a grant of inspection for the slaughter of horses and declaring unlawful the delay that allegedly has taken place in the granting of the application. On June 28, 2013, defendants granted plaintiff's application and, having done so, moved to dismiss this action as moot. By order dated July 26, 2013, the Court referred defendants' motion to Magistrate Judge Carmen E. Garza for proposed findings of fact and recommendations for disposition.

The Humane Society of the United States and other opponents of horse slaughter commenced *FRER* on July 2, 2013. By temporary restraining order dated August 2, 2013, the court in *FRER* enjoined defendants from "dispatching inspectors to [plaintiff's] horse slaughterhouse faciliti[y] * * * until further order of the Court"; directed defendants to "suspend

or withhold the provision of meat inspection services to [plaintiff] * * * until further order of the Court"; and enjoined plaintiff "from commercial horse slaughter operations until further order of the Court." Order (*FRER* ECF No. 94) at 7. Defendants do not consider the issuance of the temporary restraining order in *FRER* to be a ground for the denial of defendants' pending motion to dismiss this action. At the same time, the issuance of that order raises considerable questions about what plaintiffs and defendants are permitted to do going forward. To permit those questions to be answered, defendants ask that all proceedings in this action be stayed pending the adjudication of *FRER*.

                                                               Respectfully submitted,

                                                               STUART F. DELERY
                                                               Assistant Attorney General
                                                               KENNETH J. GONZALES
                                                               United States Attorney
                                                               JOHN R. GRIFFITHS
                                                               Ass't Branch Dir., Dep't of Justice, Civil Division

                                                               s/ *David M. Glass*
                                                               DAVID M. GLASS, DC Bar 544549
                                                              Sr. Trial Counsel, Dep't of Justice, Civil Division
                                                              20 Mass. Ave., N.W., Room 7200
                                                              Washington, D.C.  20530-0001
                                                              Tel: (202) 514-4469/Fax: (202) 616-8470
                                                              E-mail: david.glass@usdoj.gov
Dated: August 9, 2013                          Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2013, I served the within motion on all counsel of record by filing it with the Court by means of its ECF system.

                                                                         s/ *David M. Glass*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

|  |  |  |
|---|---|---|
| **VALLEY MEAT COMPANY, LLC,** | ) | No. 2:12-cv-01083-JCH-CG |
|  | ) | **ORDER** |
| **Plaintiff,** | ) |  |
| v. | ) |  |
| **TOM VILSACK, Secretary of Agriculture,** *et al.*, | ) |  |
| **Defendants.** | ) |  |

Upon defendants' unopposed motion for a stay of proceedings and good cause having been shown, it is hereby ordered as follows:

1. Defendants' aforesaid motion is hereby granted.

2. All proceedings in this action are hereby stayed pending the adjudication of *Front Range Equine Rescue v. Vilsack*, No. 1:13-cv-00639-MCA-RHS (D.N.M.).

Dated: _____          _____
                                                                  UNITED STATES DISTRICT JUDGE