UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VALLEY MEAT COMPANY, LLC,

        Plaintiff,

v.   No. 2:12-cv-01083-JCH-CG

TOM VILSACK, Secretary of
Agriculture, *et al.*,

        Defendants.

## ORDER

Upon defendants' unopposed motion for a stay of proceedings and good cause having been shown, it is hereby ordered as follows:

1. Defendants' aforesaid motion is hereby granted.

2. All proceedings in this action are hereby stayed pending the adjudication of *Front Range Equine Rescue v. Vilsack*, No. 1:13-cv-00639-MCA-RHS (D.N.M.).

_____
UNITED STATES DISTRICT JUDGE